UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------
: 
KELLY L. FRISBY, :
: CASE NO. 1:09-CV-2027
Plaintiff, :
:
vs. : OPINION & ORDER
: [Resolving Docs. Nos. 76, 89]
KEITH D. WEINER & ASSOCIATES :
CO., LPA, *et al.,* :
:
Defendants. :
:
------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Upon representation from the parties that "a resolution has been reached regarding the remaining outstanding attorneys' fees issues," Magistrate Judge Greg White recommends that the Court deny as moot the Plaintiff's motion for attorneys' fees. [Doc. 89] The Court **ADOPTS** this recommendation and **DENIES AS MOOT** Plaintiff's motion. [Doc. 76.]

IT IS SO ORDERED.


Dated: January 28, 2011         *s/    James S. Gwin*
                                JAMES S. GWIN
                                UNITED STATES DISTRICT JUDGE

-1-